UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | |
|---|---|
| In Re: | ORDER OF DISMISSAL |
| | FOR |
| **Tronox Incorporated** | FAILURE TO PROSECUTE |
| | BANKRUPTCY APPEAL |

-----------------------------------------------------X    21-CV-8408 JPC

FROM:   VITO GENNA, CLERK
           UNITED STATES BANKRUPTCY COURT
           SOUTHERN DISTRICT OF NEW YORK

TO:   RUBY J. KRAJICK, CLERK
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                 BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 07/27/2021
APPELLANT: Rone Burgin
BANKRUPTCY DOCUMENT #: 9739

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

     _X_  FRBP 8009
     ___ Federal Rules of Civil Procedure (Rule _____)
     _X_  28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
     ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **June 16, 2022**                           Vito Genna, Clerk
        New York, New York                   U.S. Bankruptcy Court, SDNY

                                                                 By: _____s/ Anatin Rouzeau_____
                                                                      Deputy Clerk

ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated  ___June 21___ 20_22_                  _____
       New York, New York                 Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____          Ruby J. Krajick , Clerk
                                                                         District Court, SDNY

                                                                            By: _____
                                                                                 Deputy Clerk